MAURICE J. HALLERAN, Appellant, *v.* THE BELL TELEPHONE COMPANY OF BUFFALO, Respondent.

*Halleran* v. *Bell Telephone Co.*, 64 App. Div. 41, affirmed.
(Argued December 2, 1903; decided December 18, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered August 13, 1901, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term without a jury.

*Arthur E. Clark* for appellant.

*John G. Milburn* and *Frank E. Whaley* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, MARTIN, CULLEN and WERNER, JJ.